UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JESUS RODRIGUES BARRIENTES #98387-079** | **CIVIL ACTION NO. 1:23-cv-00773 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN U S P POLLOCK** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 8] filed by Plaintiff Jesus Rodrigues Barrientes ("Plaintiff"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to Plaintiff's inability to obtain relief under 28 U.S.C. § 2241.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 2nd day of November 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE